UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER M. WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-00631-JAD-NJK<br><br>**Order Granting Extension of Time to File Amended Complaint**<br><br>(Docket No. 5) |

Plaintiff Christopher M. Williams brings this civil-rights action under 42 U.S.C. § 1983, claiming that his First Amendment rights were violated when corrections officers denied him the right to send and receive mail, interfered with his access to the courts, denied him access to the grievance process, and retaliated against him for filing grievances and contacting the American Civil Liberties Union. The Court dismissed the complaint with leave to file an amended complaint by April 2, 2024. Docket No. 3. Plaintiff now asks the Court for an extension of time in which to file an amended complaint. Docket No. 5. For good cause shown, the Court will grant the motion. To the extent that Plaintiff is asking for discovery such as grievance logs and surveillance camera footage, however, the Court notes that no operative complaint is on file in this case; therefore, that request is denied without prejudice as premature at this time.[1]

Accordingly, Plaintiff's motion for extension of time is **GRANTED** *nunc pro tunc*. Docket No. 5. The deadline to file an amended complaint is extended to **May 28, 2024.**

IT IS SO ORDERED.

DATED: April 11, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court expresses no opinion as to the merits of such request.