**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER M. WILLIAMS, | Case No.: 2:23-cv-00631-JAD-NJK |
| Plaintiff, | **Order** |
| v. | (Docket Nos. 7, 8, 9) |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Plaintiff Christopher M. Williams brings this civil rights action under 42 U.S.C. § 1983, claiming that his First Amendment rights were violated when corrections officers denied him the right to send and receive mail, interfered with his access to the courts, denied him access to the grievance process, and retaliated against him for filing grievances and contacting the American Civil Liberties Union. On March 13, 2024, the Court dismissed the complaint with leave to file an amended complaint. Docket No. 3. Plaintiff now asks the Court for a further extension of time in which to file an amended complaint. Docket Nos. 7, 9. For good cause shown, the Court will grant the extension.

To the extent that Plaintiff is again asking for discovery, such as surveillance camera footage, that request is denied without prejudice as premature, as no operative complaint is currently on file in this case. Plaintiff has also filed what he styled as a "motion to show proof to constitute crime there must be unity of act or intent." Docket No. 8. The Court cannot discern what relief Plaintiff seeks in this motion; it appears that in this filing Plaintiff mainly sets forth reasons why an extension of time to file an amended complaint is warranted. This motion is, therefore, also denied without prejudice.[1] Finally, Plaintiff has filed a motion for appointment of

---

[1] The Court expresses no opinion as to the merits of either request/motion.

counsel.  Docket No. 10.  The Court defers a decision on this motion pending a review of the amended complaint.

Accordingly,

Plaintiff's third motion for extension of time is **GRANTED**.  Docket No. 9.  The deadline to file an amended complaint is extended to **July 20, 2024.**

Plaintiff's second motion for extension of time is **DENIED** as moot.  Docket No. 7.

Plaintiff's motion to show proof to constitute crime there must be unity of act or intent is **DENIED** without prejudice.  Docket No. 8.

IT IS SO ORDERED.

DATED: May 22, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE