# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER M. WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>   Defendants. | Case No.: 2:23-cv-00631-JAD-NJK<br><br>**Order**<br><br>(Docket No. 21) |

Plaintiff Christopher M. Williams brings this civil-rights action under 42 U.S.C. § 1983, claiming that his First Amendment rights were violated when corrections officers denied him the right to send and receive mail, interfered with his access to the courts, denied him access to the grievance process, and retaliated against him for filing grievances and contacting the American Civil Liberties Union. An Inmate Early Mediation is scheduled for February 14, 2025. Plaintiff has asked for an extension of time to submit his mediation statement. Docket No. 22. For good cause shown, the Court will grant that motion.

Accordingly, Plaintiff's motion for extension of time is **GRANTED** *nunc pro tunc*. Docket No. 22. The deadline to submit the mediation statement is extended to **February 12, 2025.**

IT IS SO ORDERED.

DATED: February 3, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1