# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER M. WILLIAMS,

    Plaintiff,

v.

STATE OF NEVADA, *et al*.,

    Defendants.

Case No. 2:23-cv-00631-JAD-NJK

**Order**

[Docket Nos. 44, 45]

Pending before the Court is Plaintiff's motion for obstruction of justice. Docket No. 44. Also pending before the Court is Defendants' motion to extend the deadline to file a response to Plaintiff's motion. Docket No. 45. The motions are properly resolved without a hearing. *See* Local Rule 78-1.

Although Plaintiff is proceeding *pro se*, he must still follow the same rules of procedure as all other litigants. *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (holding that *pro se* plaintiffs are not held to a less stringent standard than those who are represented by counsel); see also *Jacobsen v. Filler*, 790 F.2d 1362, 1364–65 (9th Cir. 1986) (holding that *pro se* parties are not excused from following the rules and orders of the court).

In this case, Plaintiff's motion consists of 12 pages of text, bereft of legal standards or analysis, that requests the Court to order a wide range of actions against almost "everyone employed" by the Nevada Department of Corrections. *See* Docket No. 44. In violation of Local Rule IC 2-2 (b), Plaintiff's motion seeks multiple forms of relief against multiple individuals. *Id*. Plaintiff throws the kitchen sink of issues at the Court, including issues that have already been addressed. *E.g.*, Docket No. 44 at 10 (requesting appointment of counsel). It is important to be precise because different issues are governed by different standards. The Court declines to weigh

in on such issues without a more meaningful analysis presented in a manner such that it is properly before the Court.

Accordingly, Plaintiff's motion for obstruction of justice is **DENIED** without prejudice. Docket No. 44. Defendants' motion to extend the deadline to file a response to Plaintiff's motion is **DENIED** as moot. Docket No. 45.

IT IS SO ORDERED.

Dated: July 18, 2025

Nancy J. Koppe
United States Magistrate Judge

2