## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Christopher M. Williams,

    Plaintiff,

v.

State of Nevada, et al.,

    Defendants.

Case No.: 2:23-cv-00631-JAD-NJK

**Order**

(Docket No. 59)

Pending before the Court is Defendants' motion to continue the settlement conference currently set for May 12, 2026.  Docket No. 59.  For good cause shown, the Court **GRANTS** Defendants' motion.

The Court **CONTINUES** the Settlement Conference to **June 25, 2026, at 10:00 a.m.** Plaintiff's settlement statement must be submitted to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on June 18, 2026**.  Defendants may submit an updated settlement statements by that date if they so choose, but they are not required to do so.  All other aspects of the Court's order at Docket No. 57 continue to govern.  Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: March 24, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE