**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Christopher M. Williams, | Case No.: 2:23-cv-00631-JAD-NJK |
| Plaintiff | |
| v. | **Order Denying Untimely Motion for Leave to file a Second Amended and Supplemental Pleading** |
| State of Nevada, et al., | |
| Defendants | [ECF No. 65] |

This three-year-old case is headed to trial on pro se plaintiff and Nevada inmate Christopher M. Williams's single claim against Lovelock Correctional Center law-library supervisor Dawn Bequette, Associate Warden Kara LeGrand, and three correctional officers for interference with his ability to send and receive mail during the second half of 2021. Although the deadline to amend the pleadings passed more than a year ago[1] and discovery has long-since closed, Williams has filed a motion for leave to file a second amended complaint.[2] His one-page submission does not even acknowledge the untimeliness of his request, let alone demonstrate good cause and excusable neglect as the rules of this court require for such a motion.

Because Williams has not demonstrated that he should be permitted to amend or supplement his complaint at this late stage in these proceedings, IT IS THEREFORE ORDERED that Williams's motion for leave to file a second amended complaint **[ECF No. 65] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
July 2, 2026

---
[1] ECF No. 39.

[2] ECF No. 65.